# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| **Travis Wayne Bowman,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 2:12-cv-00024-MR |
| | ) | 2:07-cr-00027-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2014 Order.

October 28, 2014

Frank G. Johns, Clerk
United States District Court